# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 275 WAL 2014
: 
Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
: 
: 
: 
KENNETH PARROTTE, :
: 
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.